470 A.2d 969

**David F. KELLY and Patricia Ann Kelly, his wife**

**v.**

**The CARBORUNDUM COMPANY, a corporation, Petitioner**

**v.**

**WILSON PRODUCTS, A DIVISION OF E.S.B. INDUSTRIES, INC., Power Piping Company, et al.**

Supreme Court of Pennsylvania.

Feb. 6, 1984.

ORDER

PER CURIAM:

The petition for allowance of appeal is granted.

In accordance with *Heckendorn v. Consolidated Rail Corporation,* 502 Pa. 101, 465 A.2d 609 (1983), the order of the Superior Court, 307 Pa.Super. 361, 453 A.2d 624 (1982), is affirmed.

PAPADAKOS, J., did not participate.

LARSEN, J., files a concurring statement.

LARSEN, Justice, concurring.

I concur in this Order on the basis of my concurring opinion in *Heckendorn v. Consolidated Rail Corporation,* 502 Pa. 101, 465 A.2d 609 (1983).